

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2015

No. 04-14-00874-CV

Juan Alberto **CASTILLO** and Ana L. Perez,
Appellants

v.

**COMPASS BANK**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2014-CVD-000024-L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

On September 23, 2014, appellants Juan Alberto Castillo and Ana L. Perez filed separate notices of appeal from the trial court's August 27, 2014 judgment. On December 15, 2014, appellants filed separate affidavits of indigency in this court. By order dated January 20, 2015, we construed the affidavits as motions for extension of time to file the affidavits in the trial court and granted the motions. *See Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684 (Tex. 2008). In that same order, we ordered the clerk of this court to send copies of the affidavits and our order to the district clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1(d)(2). We further ordered that anyone who desired to file a contest to the affidavits to file such contests in this court on or before January 30, 2015.

No contests were filed. Because no contests were filed, appellants are considered indigent for purposes of this appeal. Both the clerk's record and the reporter's record have been filed in this court. Accordingly, we **ORDER** appellants to file their appellants' briefs in this court on or before **March 13, 2015**.

Appellants, who are pro se, are advised that in filing their briefs, they must comply with the rules relating to briefing requirements as set out in the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. The law is clear that pro se litigants are held to the same standards as licensed attorneys and must comply with all applicable rules of procedure, including the rules governing appellate briefs. *Valadez v. Avitia*, 238 S.W.3d 843, 845 (Tex. App.—El Paso 2007, no pet.). A pro se litigant is required to properly present his or her case on appeal just as he or she is required to properly present his or her case to the trial court. *Id.* Accordingly, we will not

apply different standards merely because an appeal is brought by a litigant acting without advice of counsel. *Id.*

We **order** the clerk of this court to serve copies of this order on both appellants and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court